UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FREDDIE HALL,

    Plaintiff,

v.

                              Case No. 2:23-cv-28

D. COLE, et al.,

                              Hon. Hala Y. Jarbou

    Defendants.

_____/

## ORDER

On October 25, 2024, the magistrate judge entered a report and recommendation ("R&R") that the Court grant Defendant Cole's motion for summary judgment. (R&R, ECF No. 31.) The magistrate judge gave Plaintiff fourteen days to file objections. To date, the Court has not received any objections to the R&R. The Court has reviewed the R&R and approves it. Accordingly,

    **IT IS ORDERED** that the R&R (ECF No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendant Cole's motion for summary judgment (ECF No. 23) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the claims against Defendant Cole are **DISMISSED** due to Plaintiff's failure to exhaust his administrative remedies before filing suit.

Dated: November 25, 2024                /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE