UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FREDDIE,

    Plaintiff,

v.

    Case No. 2:23-cv-28

D. COLE, et al.,

    Hon. Hala Y. Jarbou

    Defendants.

_____/

### ORDER

In accordance with the opinion entered this date,

**IT IS ORDERED** that Defendants' objections to the R&R (ECF No. 54) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 53) is **APPROVED AND ADOPTED**, supplemented by the reasoning outlined in the Court's opinion.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 44) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's official capacity claims are **DISMISSED**. Plaintiff's personal capacity claims will remain.

Dated: August 12, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE